EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT #3753
Assistant U.S. Attorney

TRACY A. HINO  #3202
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Tracy.Hino@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 2 2004

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR 04 00362 DAE |
| Plaintiff, ) | INDICTMENT |
| vs. ) | 18 U.S.C. § 1708 |
| BLAINE WEIGLE, SR., ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

Between on or about March 18, 2004 and on or about March 19, 2004, in the District of Hawaii, BLAINE WEIGLE, SR. did steal and take from and out of any post office and other authorized depository for mail matter, a package and any article

and thing contained therein, to wit: a package which had been mailed containing a cellular phone.

In violation of Title 18, United States Code, Section 1708.

### SENTENCING ALLEGATION

With respect to the one-count Indictment, defendant BLAINE WEIGLE, SR. abused his position of public trust in a manner that significantly facilitated the commission and concealment of the offense, that is, as an employee of the U.S. Postal Service, defendant BLAINE WEIGLE, SR. engaged in the theft of undelivered U.S. mail.

DATED:   SEP 2 2 2004  , 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney

United States vs. Blaine Weigle, Sr.
Cr. No. _____
"Indictment"