EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

TRACY A. HINO #3202
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Tracy.Hino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00362 DAE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL OF |
| vs. | ) | INDICTMENT; CERTIFICATE |
| | ) | OF SERVICE |
| BLAINE WEIGLE, SR., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL OF INDICTMENT

The Defendant has been charged in the Indictment with a violation of Title 18, United States Code, Section 1708, to wit: theft of mail.

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment on the grounds that the Government has been informed that the Defendant was previously prosecuted by Kauai County for a state theft offense arising out of the same facts and conduct.

Further, that the Defendant was subsequently adjudged guilty and sentenced to, <u>inter</u> <u>alia</u>, 120 days imprisonment.

The Defendant is not in custody.

DATED:   Honolulu, Hawaii,   Sept. 27, 2004.

          EDWARD H. KUBO, JR.
          UNITED STATES ATTORNEY
          District of Hawaii

By _____
     TRACY A. HINO
     Assistant U.S. Attorney

NO OBJECTION:

_____
MICHAEL WEIGHT
Counsel for Defendant

Leave of court is granted for the filing of the foregoing dismissal.

**DAVID ALAN EZRA**
_____
DAVID A. EZRA
UNITED STATES DISTRICT JUDGE

<u>United States v. Blaine Weigle, Sr.</u>
Cr. No. 04-00362 DAE
"Order For Dismissal of Indictment"

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following person by: [X] hand delivering; [ ] mailing said document on or about the date of filing:

```
MICHAEL WEIGHT
Assistant Federal Public Defender
300 Ala Moana Blvd., Rm. 7-104
Honolulu, Hawaii  96850
```

Attorney for Defendant

DATED: Honolulu, Hawaii, Sept. 27, 2004.

_____
U.S. Attorney's Office
District of Hawaii